IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY BRESHEARS, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 6:19-cv-00055-JDK- |
| vs. | § | KNM |
| | § | |
| CONOCOPHILLIPS, et al., | § | |
| | § | |
| *Defendants*. | § | |

**AGREED FINAL JUDGMENT**

On this date, the Court considered the parties' Joint Motion for Entry of Agreed Final Judgment. After considering the Motion and the arguments of the parties, the Court is of the opinion that the Motion should be GRANTED.

The Court finds that ConocoPhillips Company, The Vanguard Group, Inc., and Vanguard Fiduciary Trust Company have filed counterclaims and crossclaims in interpleader, pursuant to Federal Rule of Civil Procedure 22, pertaining to the balance of the account under the ConocoPhillips Savings Plan, which originally belonged to Tommy Breshears (the "Plan Benefits"). The Court further finds that ConocoPhillips Company, The Vanguard Group, Inc., and Vanguard Fiduciary Trust Company have met the requirements under Federal Rule of Civil Procedure 22 and are therefore entitled to discharge and dismissal from this case. The Court further finds that ConocoPhillips Company, The Vanguard Group, Inc., and Vanguard Fiduciary Trust Company should be discharged from all liability relating to or arising out of the Plan Benefits and the facts made the basis of this case.

The Court further finds that Plaintiffs Johnny Breshears and Lori Stroud, individually and as next friend of T.G. and A.G., and Ronald J. Gilman and Mark B. Gilman, individually and as personal co-representatives of the Estate of Floyd Gilman, Jr., have settled any claims they may have to the Plan Benefits.

It is therefore ORDERED, ADJUDGED, AND DECREED that:

- ConocoPhillips Company, The Vanguard Group, Inc., and Vanguard Fiduciary Trust Company are dismissed from this case and discharged from any liability as to the Plan Benefits or the facts made the basis of this case, other than the obligations created by this Agreed Final Judgment;

- All claimants to the Plan Benefits are enjoined from instituting or maintaining any other or additional action against ConocoPhillips Company, The Vanguard Group, Inc., Vanguard Fiduciary Trust Company, or any associated entity relating to the Plan Benefits or for the recovery of all or a portion of the Plan Benefits, or the facts made the basis of this case;

- Within 30 days of this Order and completion of appropriate paperwork required by the Plan or Vanguard, ConocoPhillips Company, The Vanguard Group, Inc., and Vanguard Fiduciary Trust Company shall pay the Plan Benefits as follows:
  - Lori Stroud – 40%
  - Johnny Breshears – 40%
  - T.G. – 10%
  - A.G. – 10%

- Each party shall bear its own costs and attorneys' fees.

2

All relief not granted herein is expressly denied.

The Clerk is directed to close this case.

So **ORDERED** and **SIGNED** this **24th**  day of  **April, 2019.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE